```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    23cv2244 (DLC)
SAFE & GREEN HOLDINGS CORP.,             :
                                         :         ORDER
                        Plaintiff,       :
            -v-                          :
                                         :
JOHN WILLIAMS SHAW and LEO PATRICK       :
SHAW,                                    :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on March 15, 2023. On March 21, an initial pretrial conference was scheduled for May 26. According to affidavits of service filed by the plaintiff, defendant Leo Patrick Shaw was served with the summons and complaint on March 23, and defendant John Williams Shaw was served with the same on March 29. Neither defendant has answered or otherwise responded to the complaint or appeared in this action. Accordingly, it is hereby

ORDERED that the May 26 conference is adjourned.

IT IS FURTHER ORDERED that the plaintiff shall, by **May 26, 2023**, move for entry of default against the defendants by filing proposed certificates of default for each defendant, along with the required supporting documentation. The plaintiff shall consult this Court's Individual Practices and the requirements

of the Clerk's Office regarding default judgment submissions. Failure to move for entry of default by May 26 may result in dismissal of the claims against the defendants.

IT IS FURTHER ORDERED that, after the plaintiff receives a certificate of default from the Clerk's Office, the plaintiff shall, by **June 23, 2023**, move for default judgment against the defendants. Failure to move for default judgment by June 23 may result in dismissal of the claims against the defendants.

Dated:  New York, New York
        May 16, 2023

                                    _____
                                              DENISE COTE
                                       United States District Judge