```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    23cv2244 (DLC)
SAFE & GREEN HOLDINGS CORP.,          :
                                      :         ORDER
                          Plaintiff,  :
            -v-                       :
                                      :
JOHN WILLIAMS SHAW and LEO PATRICK    :
SHAW,                                 :
                                      :
                          Defendants. :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On May 26, 2023, the Clerk of Court issued a certificate of default against defendants John Williams Shaw and Leo Patrick Shaw. Shortly thereafter, John Williams Shaw filed a letter requesting that the Court decline to enter a default against him because service of process on him was insufficient and because the Court lacks personal jurisdiction over him. It is hereby

ORDERED that a conference shall be held on June 2, 2023 at 3:00 p.m. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that counsel for the plaintiff shall promptly serve a copy of this Order on counsel for the

defendants and shall file proof of such service on the docket.

Dated:  New York, New York
        May 26, 2023

                                          DENISE COTE
                              United States District Judge