# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:  (212) 885-5345
Fax:    (917) 332-3736
Email:  andrew.hambelton@blankrome.com

May 30, 2023

**VIA ECF**

Hon. Denise L. Cote
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Safe and Green Holdings Corp. v. John Shaw, et al.*, **23-cv-2244-DLC**

Dear Judge Cote:

This Firm represents Plaintiff Safe and Green Holdings Corp. ("Plaintiff") in the above-captioned action. I write with the consent of Defendant John Shaw[1] to request an adjournment of the conference scheduled for Friday, June 2, 2023. (*See* Dkt. No. 14.) The basis for the request is that I will be in a previously scheduled court-ordered deposition on June 2 in the matter styled *iOptimize Realty Inc. v. Cox Enterprises, Inc., et al.*, 21-cv-04179 (EDNY) (NRM)(ST). (*See* Dkt. No. 43 in 21-cv-04179.)

I conferred with counsel for Defendant John Shaw, and we are both available for the conference, subject to the Court's availability, on June 7 or the afternoon of June 9. This is the first request for an adjournment of the June 2 conference.

Thank you for your consideration.

*The conference is adjourned to June 9 at 10:00 am.*

*/s/ Denise Cote*
*5/30/23*

Respectfully submitted,

/s/ Andrew T. Hambelton

Andrew T. Hambelton

---

[1] Defendant Leo Shaw still has not appeared or otherwise responded to the Complaint, so I was unable to consult with him on this request.

163997.00601/131791471v.1