

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

David B. Gordon
A Professional Corporation
(917) 546-7701 Phone
(917) 546-7671 Fax
dbg@msk.com

June 8, 2023

**VIA ECF**

Hon. Denise L. Cote
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Denied.*

*Denise Cote*
*6/8/23*

Re:  **Safe and Green Holdings Corp. v. John Williams Shaw and Leo Patrick Shaw; Case No. 23cv2244**

Dear Judge Cote:

I represent Defendant John Shaw ("John Shaw") in connection with the above-captioned action. I write with the consent of Plaintiff Safe & Green Holdings Corp. ("Plaintiff"). The parties have engaged in preliminary discussions to resolve this case and wish to continue those discussions. Accordingly, the parties jointly request that (1) the Court so-order the parties' agreement set forth below, and (2) in light of the foregoing, adjourn *sine die* the conference scheduled for tomorrow, June 9, 2023.

The parties have agreed, and ask this Court to so order, the following:

1. John Shaw will by June 16, 2023, provide to Plaintiff trading records showing his full trading history of Plaintiff's stock;

2. In consideration of the foregoing, Plaintiff consents to the Clerk's Certificate of Default being vacated as to John Shaw only, which was entered on May 26, 2023 (Dkt. No. 12);

3. John Shaw shall have until July 28, 2023 to answer, move or otherwise respond to the Complaint; and

4. John Shaw does not waive any defenses by entering into this agreement (or submitting this letter to the Court), including without limitation any and all defenses referenced in Fed. R. Civ. P. 12(b), and John Shaw retains the right to assert such defenses.

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: www.msk.com

15512893.1



Hon. Denise L. Cote
June 8, 2023
Page 2

Thank you for your consideration.

Sincerely,

David B. Gordon
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

DBG/mcp

15512893.1