```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    23cv2244 (DLC)
SAFE & GREEN HOLDINGS CORP.,          :
                                      :         ORDER
                         Plaintiff,   :
             -v-                      :
                                      :
JOHN WILLIAMS SHAW and LEO PATRICK    :
SHAW,                                 :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

A conference in this case was held on June 9, 2023. As set forth on the record at the conference, it is hereby

ORDERED that the plaintiff's motion for entry of default or default judgment against defendant Leo Patrick Shaw shall be due June 16, 2023.

IT IS FURTHER ORDERED that a default judgment hearing will be held on June 30, 2023 at 10:00 a.m. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007. Failure of the defendant Leo Patrick Shaw to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that defendant John Williams Shaw's motion to dismiss shall be due June 19, 2023. Plaintiff's opposition shall be due June 26. Any reply shall be due June 28. At the time any papers are filed, the filing party shall

supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 9, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge