```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    23cv2244 (DLC)
SAFE & GREEN HOLDINGS CORP.,         :
                                     :         ORDER
                         Plaintiff,  :
              -v-                    :
                                     :
JOHN WILLIAMS SHAW and LEO PATRICK   :
SHAW,                                :
                                     :
                         Defendants. :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

A hearing on the plaintiff's motion against Leo Patrick Shaw for default judgment on liability is scheduled for June 30, 2023 at 10:00 a.m. It is hereby

ORDERED that defendant John Williams Shaw shall appear at the conference. The parties shall be prepared to discuss a schedule for the case.

Dated:   New York, New York
         June 29, 2023

                                     _____
                                              DENISE COTE
                                     United States District Judge