# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:   (212) 885-5345
Fax:     (917) 332-3736
Email:   andrew.hambelton@blankrome.com

July 11, 2023

**VIA ECF**

Hon. Denise L. Cote, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 18B
New York, NY 10007-1312

    Re:    ***Safe & Green Holdings Corp. v. John Shaw, et al., 23-cv-2244-DLC***

Dear Judge Cote:

    We represent Plaintiff, Safe & Green Holdings Corp ("Safe and Green"). As a follow-up to the discussion held on the record at the June 30, 2023 initial pre-trial conference, counsel for co-defendant Leo Shaw has accepted service of process on Mr. Shaw's behalf. Accordingly, Safe and Green withdraws its motion for a default judgment against him (ECF No. 21).

                                Respectfully submitted,

                                */s/ Andrew T. Hambelton*

                                Andrew T. Hambelton

*So ordered.*
*Denise Cote*
*7/19/23*

163997.00601/132222367v.1