**BLANK ROME LLP**
Andrew T. Hambelton
Hilary F. Korman
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5345
Andrew.hambelton@blankrome.com
Hilary.korman@blankrome.com

*Attorneys for Plaintiff*
*Safe & Green Holdings Corp.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAFE AND GREEN HOLDINGS CORP., *Plaintiff*, v. JOHN WILLIAMS SHAW and LEO PATRICK SHAW, *Defendants*. | Civil Action No. 1:23-cv-02244 |

**NOTICE OF SETTLEMENT**

Plaintiff Safe & Green Holdings Corp., with the consent of Defendants John William Shaw and Leo Patrick Shaw, hereby informs the Court that the parties have reached an agreement in principle to settle the above-captioned matter. Counsel for the respective parties jointly request that all pending court dates and deadlines be adjourned *sine die*. The parties expect to file a stipulated dismissal with prejudice by Wednesday, September 27, 2023.

1

                                                    Respectfully submitted,

                                                    By: /s/ Andrew T. Hambelton
Andrew T. Hambelton
Hilary F. Korman
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 885-5345
Fax: (917) 332-3854
Andrew.Hambelton@BlankRome.com
Hilary.Korman@BlankRome.com

*Attorneys for Plaintiff*
*Safe & Green Holdings Corp.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 13th day of September, 2023, I served the foregoing Notice of Settlement to all parties and counsel of record via the Court's electronic filing system.

                /s/ Andrew T. Hambelton
                Andrew T. Hambelton
                BLANK ROME LLP
                1271 Avenue of the Americas
                New York, NY 10020
                Tel: (212) 885-5345
                Fax: (917) 332-3854
                Andrew.Hambelton@BlankRome.com

                *Attorney for Plaintiff*
                *Safe & Green Holdings Corp.*