```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SAFE AND GREEN HOLDINGS CORP.,           :    23cv2244(DLC)
                                         :
                    Plaintiff,           :    ORDER OF
                                         :    DISCONTINUANCE
             -v-                         :
                                         :
JOHN WILLIAMS SHAW and LEO PATRICK       :
SHAW,                                    :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by October 13, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         September 13, 2023

                                           DENISE COTE
                             United States District Judge