UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| SAFE & GREEN HOLDINGS CORP., | Case No.: 23-CV-02244-DLC |
| Plaintiff, | |
| -against- | **STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |
| JOHN WILLIAMS SHAW AND LEO PATRICK SHAW, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the above-captioned action is dismissed in its entirety as against Defendants John Williams Shaw and Leo Patrick Shaw, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice but without costs being awarded to either party.

Dated: October 3, 2023

| **MITCHELL SILBERBERG & KNUPP LLP** | **BLANK ROME LLP** |
|---|---|
| By: /s/ David Gordon | By: /s/ Andrew T. Hambelton |
| David Gordon | Andrew T. Hambelton |
| 437 Madison Avenue, 25th Floor | 1271 Avenue of the Americans |
| New York, NY 10022 | New York, New York 10021 |
| (917) 546-7701 | (212) 885-5000 |
| *Attorneys for Defendant John Shaw* | *Attorneys for Plaintiff* |

{01285259.DOCX.1}

**ELLENOFF GROSSMAN & SCHOLE LLP**

By: /s/John B. Horgan
    John B. Horgan
1345 Avenue of the Americans
New York, New York 10105
(212) 370-1300

*Attorneys for Defendant Leo Shaw*

DATED:  October ___, 2023

SO ORDERED

_____
Hon. Denise L. Cote, U.S.D.J.

{01285259.DOCX.1}